# UNITED STATES AIR FORCE
# COURT OF CRIMINAL APPEALS

| | | |
|---|---|---|
| **UNITED STATES** | ) | No. ACM S32774 |
| *Appellee* | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **ORDER** |
| **David L. JOHNSON** | ) | |
| **Staff Sergeant (E-5)** | ) | |
| **U.S. Air Force** | ) | |
| *Appellant* | ) | **Panel 2** |

On 29 April 2024, Appellant submitted a Motion to Withdraw from Appellate Review and Motion to Attach.[*] Specifically, Appellant moved to attach DD Form 2330, *Waiver/Withdrawal of Appellate Rights in General and Special Courts-Martial Subject to Review by a Court of Criminal Appeals*, signed by Appellant on 29 March 2024 and Appellant's counsel on 29 April 2024. The Government did not submit any opposition.

Accordingly, it is by the court on this 2d day of May, 2024,

**ORDERED:**

Appellant's Motion to Withdraw from Appellate Review and Motion to Attach is **GRANTED**. Appellant's case is forwarded to the Appellate Records Branch (JAJM) for further processing in accordance with Rules for Courts-Martial 1115(f)(3) and 1201, *Manual for Courts-Martial, United States* (2024 ed.).

FOR THE COURT

FLEMING E. KEEFE, Capt, USAF
Deputy Clerk of the Court

---

[*] In this motion, Appellant specifically "withdraws the previously filed Motion to Withdraw from Appellate Review and Motion to Attach as the incorrect version of DD Form 2330 was attached."